# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 FEB -9 AM 9:42
DEPUTY CLERK_____

| | | |
|---|---|---|
| MODENA MEEKS, | § § § § | |
| Plaintiff(s), | § | |
| vs. | § § | Civil Action No. <u>3:22-cv-00082-S</u> |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al, | § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Saturday, February 5, 2022 at 4:50 PM**,
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
at **9:45 AM**, on **Monday, February 7, 2022**,
by delivering to the within named:

**LIFE INSURANCE COMPANY OF NORTH AMERICA, ADMINISTRATOR OF THE ACCENTURE, LLP SHORT TERM DISABILITY PLAN (PLAN NO. SHD095283)**

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by personally delivering to its **Authorized Employee, TERRI THONGSAVAT** a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT**

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Ryan McColm who after being duly sworn on oath states: "My name is Ryan McColm. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Ryan McColm - PSC 6317 - Exp 01/31/23
served@specialdelivery.com

Subscribed and Sworn to by Ryan McColm, Before Me, the undersigned authority, on this
_____ day of February, 2022.



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

Notary Public in and for the State of Texas

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Meeks | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-00082-S |
| | ) |
| Life Insurance Company of North America et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Life Insurance Company of North America, Administrator of the Accenture, LLP Short Term Disability Plan (Plan No. SHD0985283)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Vincent Bhatti
    5700 Tennyson Parkway
    Suite 300
    Plano , TX 75024

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00082-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: **RETURN / AFFIDAVIT PROOF / ATTACHED**