IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MODENA MEEKS,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ADMINISTRATOR OF THE ACCENTURE, LLP SHORT TERM DISABILITY PLAN (Plan No. SHD0985283) & CIGNA GROUP INSURANCE,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:22-cv-82 |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered this pleading, finds that this Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall be given additional time to answer or respond to Plaintiff's Complaint, through and including **March 14, 2022**.

SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

*Prepared and submitted by:*

*/s/ Kathryn B. Blakey*
Kathryn B. Blakey
Texas State Bar No. 24111394

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)
kblakey@littler.com

ATTORNEY FOR DEFENDANTS