# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MODENA MEEKS § | |
| § | |
| v. § | |
| § | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, *Administrator of Accenture, LLP Short Term Disability Plan (Plan No. SHD0985283)*, and CIGNA GROUP INSURANCE § § § § § | CIVIL ACTION NO. 3:22-CV-82-S |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Kathy Fragnoli
Burdin Mediations
4514 Cole Avenue
Suite 1450
Dallas, TX 75205
(214) 528-1411
kfragnoli@gmail.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED May 2, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**